Filed 6/23/14  P. v. Fleming CA
**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.111.5.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>CONNIE K. FLEMING,<br><br>        Defendant and Appellant. | 2d Crim. No. B253656<br>(Super. Ct. No. 1440592)<br>(Santa Barbara County) |

Connie K. Fleming appeals from the judgment entered after a jury convicted her of misdemeanor assault (Pen. Code, § 240).[1] The trial court sentenced appellant to 180 days county jail with credit for time served and ordered appellant to pay a $140 fine and a $165 restitution fine/fee.  The trial court exonerated $265 of the fines/fees.

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, she filed an opening brief in which no issues were raised.

On May 8, 2014, we advised appellant that she had 30 days within which to personally submit any contentions or issues she wished us to consider.  No response has been received.

---

[1] Unless otherwise stated, all statutory references are to the Penal Code.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with her responsibilities and that no arguable issues exist.  (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

YEGAN, J.

We concur:

GILBERT, P.J.

PERREN, J.

Brian E. Hill, Judge

Superior Court County of Santa Barbara

_____

Sarah G. LoPresti, under appointment by the Court of Appeal, for Defendant and Appellant.

No. appearance for Respondent.